**Salih M. ZAMZAM; Mariam Zamzam; Salih M. Zamzam, M.D., Incorporated, Petitioners–Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 01–1944.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2001.

Decided Jan. 14, 2002.

Salih M. Zamzam, Mariam Zamzam, Appellants Pro Se. Gilbert Steven Rothen-

berg, Joel L. McElvain, United States Department of Justice, Washington, D.C., for Appellee.

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Salih M. Zamzam, Mariam Zamzam, and Salih M. Zamzam M.D., Inc., appeal from the tax court's order determining deficiencies and penalties with respect to their 1990 through 1994 federal income tax liabilities. The Commissioner of Internal Revenue has moved to dismiss the appeal by Salih M. Zamzam M.D., Inc., because the corporation is not represented by counsel. Salih and Mariam Zamzam have moved for appointment of counsel for the corporation. We deny this motion. *See Rowland v. California Men's Colony*, 506 U.S. 194, 197–98, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993) (only natural person may be granted in forma pauperis status). A corporation cannot appear in federal court except through its attorney. *Id.* at 201–02. Accordingly, we grant the Commissioner's motion and dismiss the corporation's appeal.

With respect to the Zamzams' appeal, we have reviewed the record and the tax court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. *Zamzam v. Comm'r*, Nos. 97–2984, 97–3004, 2000 WL 1800521 (U.S. Tax Ct. Dec. 7, 2000 & May 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*